gavriel: green, beneficiary
℅ 332 NE 24th Avenue
Portland, Oregon near [97232]
Plaintiff

## United States District Court

### District Of Oregon

### Medford Division

| | |
|---|---|
| Gavriel Green | Civil Case No.: 1:24-cv-01873-MC |
| Plaintiff, | |
| v. | AFFIDAVIT AND NOTICE OF DUTY TO PROTECT PLAINTIFF'S CONSTITUTIONAL RIGHTS |
| City of Talent; Star Collision Center, Inc. | |
| Defendants. | |

PLAINTIFF gavriel: green, proceeding in propria persona, deposes and states:

1. I come in peace as a free inhabitant of the Republic of the united states of America, and not as a United States citizen.

2. Per the Constitution, the Supreme Law of the Land:

    Article 6, Clause 1 ~ Article 1, Section 8, Clause 17 ~ Article 4, Section 4 ~

    Article 2, Section 4 ~ Article 3, Section 2, Clause 2

    You who took an Oath of Office are to protect me in my common law capacity.

I declare pursuant to the laws of the united states of America, and without the United States, that the foregoing is true and correct.

Date: _Fourth day of January Twenty Twenty Five_     By: _without prejudice, gavriel, bene._

1 - Plaintiff's Affidavit and Notice of Duty to Protect Plaintiff's Constitutional Rights