# EXHIBIT 1



# FMCSA
Federal Motor Carrier Safety Administration



# Financial Responsibility

**Financial Responsibility**

FMCSA has determined the Applicant will operate Private Passenger Motor Carrier Non-Commercial Only (Non-Business). The Company's estimated financial responsibility minimum for
Bodily Injury and Property Damage (BI&PD) Liability - Not Applicable

Please click *Next* to proceed.

---

**ATTENTION ATTENTION ATTENTION**

You are accessing a U.S. Government information system, which includes (1) this computer, (2) this computer network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. This information system is provided for U.S. Government-authorized use only.

Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.

By using this information system, you understand and consent to the following:

You have no reasonable expectation of privacy regarding any communications or data transiting or stored on this information system. At any time, and for any lawful government purpose, the government may monitor, intercept, and search and seize any communication or data transiting or stored on this information system.

Any communications or data transiting or stored on this information system may be disclosed or used for any lawful government purpose.

This system contains information protected under the provisions of the Privacy Act of 1974 (Public Law 93-579). Any privacy information displayed on the screen or printed shall be protected from unauthorized disclosure. Individuals who violate privacy safeguards may be subject to disciplinary actions, a fine of up to $5,000, or both. The USDOT Privacy Policy details can be found <u>here</u>.