IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GAVRIEL GREEN, | Case No. 1:24-cv-1873-MC |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF TALENT et al, | |
| Defendants. | |

_____

MCSHANE, Judge:

    Based on the record, this matter is dismissed.

    IT IS SO ORDERED.

    DATED this 14th day of February, 2025.

                                            ___s/Michael J. McShane_____
                                                      Michael McShane
                                                United States District Judge